# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESTHER GUERRERO,<br><br>　　　　　　　　　　　Defendant. | Case No.: 87-CR-313-DMS-5<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT** |

　　The United States moves to dismiss the indictment in the above-named action. (ECF No. 3.) Before trial, "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). For good cause shown, the Court **GRANTS** the motion.

　　**IT IS HEREBY ORDERED AND ADJUDGED** that the indictment in this action against Defendant Esther Guerrero is **DISMISSED** without prejudice.

　　**IT IS HEREBY ORDERED** that the arrest warrant is **RECALLED**.

　　**IT IS SO ORDERED.**

Dated: May 9, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28